## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Scientel Solutions, LLC

                  Plaintiff,

v.                                          Case No.: 1:17−cv−00937
                                               Honorable Joan B. Gottschall

Richard Seiff

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 7, 2017:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's motion for a temporary restraining order (ECF No. [7]) is denied to the extent it seeks ex parte relief. A hearing on Plaintiff's motion for a temporary restraining order and motion to seal is set for February 8, 2017, at 10:00 a.m. Plaintiff may maintain its memorandum and exhibits under seal until that hearing. Plaintiff must give the defendant notice of its emergency motion and the hearing and file an appropriate certificate of service. [See Separate Order]. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.