UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Scientel Solutions, LLC
                         Plaintiff,

v.                                                     Case No.: 1:17−cv−00937
                                                     Honorable Joan B. Gottschall

Richard Seiff
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 8, 2017:

       MINUTE entry before the Honorable Joan B. Gottschall: Motion hearings held. All parties appeared. By agreement of the parties, recess taken to allow parties to conduct further discussions. Recess taken. The parties announced that they had agreed to the language of an order to be entered in lieu of a temporary restraining order. Counsel dictated the language of the order into the record. Enter separate order. In light of the parties' agreement, the motion for temporary restraining order [7], [8] is denied without prejudice. By agreement of the parties, the motion for preliminary injunction is entered and continued insofar as it seeks preliminary injunctive relief. Any party wishing to schedule a preliminary injunction hearing should notify opposing counsel and contact the courtroom deputy. As stated in open court and in the order entered 2/7/17, the plaintiff's motion to seal [6] is granted in part and denied in part. Defendant's oral motion to file under seal his response to the motion for temporary restraining order and preliminary injunction is likewise granted. The parties are ordered to deliver courtesy copies of the proposed redacted materials to chambers by 12:00 p.m. on 2/10/17. Redacted material should be highlighted or otherwise marked prominently on the papers. The court will review the proposed redactions and independently determine whether good cause exists. Defendant has until 2/26/17 to answer or otherwise plead to the complaint. Defendant stated that he anticipates filing a motion to dismiss at least some portion of the complaint. Status conference set for 3/15/17 at 9:30 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.