## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SCIENTEL SOLUTIONS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 17-CV-00937 ) ) Judge Joan B. Gottschall |
| RICHARD SEIFF, | ) ) |
| Defendant. | ) |

## **ORDER**

By agreement of the parties, it is hereby ordered:

1. Defendant Richard Seiff shall not use, disclose, or disseminate to any third party any Scientel documents, computer files, data or other information in electronic or tangible form that is in his possession, custody, or control;

2. Counsel for Mr. Seiff shall arrange for forensic images to be made of Mr. Seiff's laptop and Toshiba hard drive. After imaging, any deleted files on the computer and hard drive shall be permanently purged and the laptop and hard drive may be returned to Mr. Seiff; and,

3. Counsel shall confer in good faith to develop a protocol for the examination of documents and data captured by the forensic images.

Date: February 8, 2017             /s/
                                                                 Joan B. Gottschall
                                                                 United States District Judge