**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division**

Scientel Solutions, LLC

                        Plaintiff,

v.                                            Case No.: 1:17−cv−00937
                                            Honorable Joan B. Gottschall

Richard Seiff

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 14, 2017:

      MINUTE entry before the Honorable Joan B. Gottschall: A status conference is set for February 17, 2017, at 9:30 a.m., at which the parties will have an opportunity to address the issues raised in this order. [See separate order].Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.