# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Scientel Solutions, LLC

                    Plaintiff,

v.                                              Case No.: 1:17−cv−00937
                                                Honorable Joan B. Gottschall

Richard Seiff

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 17, 2017:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held. All parties appeared; counsel for plaintiff appeared telephonically. As discussed in open court, the parties will confer and counsel will submit revised redactions to chambers by close of business on 2/24/17. The court will set a briefing schedule if necessary. The status conference set for 03/15/17 will stand. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.