UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Scientel Solutions, LLC
                            Plaintiff,

v.                                           Case No.: 1:17−cv−00937
                                                    Honorable Joan B. Gottschall

Richard Seiff
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 2, 2017:

      MINUTE entry before the Honorable Joan B. Gottschall: Defendant's Rule 12(b)(6) motion to dismiss counts III, IV and V of Scientel Solutions, LLC's complaint [23] is briefed as follows: response due 3/24/17; reply due 4/7/17. Motion hearing set for 3/3/17 is stricken; no appearance required. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.