UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Scientel Solutions, LLC
                              Plaintiff,

v.                                              Case No.: 1:17−cv−00937
                                                Honorable Joan B. Gottschall

Richard Seiff
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 2, 2017:

MINUTE entry before the Honorable Joan B. Gottschall: The proposed redactions received in chambers on 2/23/17 and 2/24/17 are approved. Plaintiff has limited redactions to material identifying current and potential clients and projects, and after reviewing the parties' papers, the court finds that good cause exists to maintain that information under seal. Enter defendant's redacted papers. Plaintiff shall file redacted papers by 3/3/3/17. Should the identity of any of these clients or projects be publicly disclosed, the parties must advise the court and file new versions of these papers unsealing the publicly disclosed client or project. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.