**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Scientel Solutions, LLC v. Richard Seiff        Case Number: 1:17-CV-00937-JBG-MDW

An appearance is hereby filed by the undersigned as attorney for:

Nelson Santos

Attorney name (type or print): Edward J. Naughton

Firm: BROWN RUDNICK LLP

Street address: One Financial Center

City/State/Zip: Boston, MA 02111

Bar ID Number: MA Bar ID 600059        Telephone Number: 617-856-8567
(See item 3 in instructions)

Email Address: enaughton@brownrudnick.com

Are you acting as lead counsel in this case?            ☑ Yes    ☐ No

Are you acting as local counsel in this case?           ☐ Yes    ☑ No

Are you a member of the court's trial bar?              ☐ Yes    ☑ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes    ☐ No
        *Application to trial bar pending*

If this is a criminal case, check your status.          ☐ Retained Counsel

                                                        ☐ Appointed Counsel
                                                          If appointed counsel, are you

                                                          ☐ Federal Defender

                                                          ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 3, 2017

Attorney signature:    S/ Edward J. Naughton
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015