# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Scientel Solutions, LLC

                Plaintiff,

v.                                  Case No.: 1:17−cv−00937

                                  Honorable Joan B. Gottschall

Richard Seiff

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 15, 2017:

        MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held. Counsel for plaintiff appeared telephonically. Defendant has filed an answer and counterclaim. The briefing schedule on defendants motion to dismiss counts III, IV and V shall stand. The parties are working on an informal discovery protocol for the image of Seiff's hard drive. No other discovery is anticipated until the court has ruled on the motion to dismiss. The court will set the next status date when it rules on the motion to dismiss. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.