UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| SCIENTEL SOLUTIONS, LLC,<br>    *Plaintiff*, | Civil Action No. 1:17-CV-00937 |
| v. | Judge Joan B. Gottschall |
| RICHARD SEIFF,<br>    *Defendant*. | |
| RICHARD SEIFF,<br>    *Counter Plaintiff*, | |
| v. | |
| SCIENTEL SOLUTIONS, LLC and<br>NELSON SANTOS,<br>    *Counter Defendants*. | |

**COUNTER-DEFENDANTS' FED. R. CIV. P. 12(b)(1) AND 12(b)(6) MOTION TO DISMISS COUNTERCLAIM OF DEFENDANT/COUNTER-PLAINTIFF**

Scientel Solutions, LLC ("Scientel") and Nelson Santos ("Santos") (collectively, "Counter-Defendants"), by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), respectfully request that this Court dismiss with prejudice the counterclaims of Counter-Plaintiff, Richard Seiff ("Seiff"). In support of this motion, Counter-Defendants state as follows:

1. On February 3, 2017, Scientel filed a Complaint ("Complaint") (ECF No. 1) against Seiff, its former employee, for misappropriation of Scientel's trade secrets in violation of the Defend Trade Secrets Act, 18 U.S.C. § 1836, and the Illinois Trade Secrets Act, 765 ILCS 1065, *et seq*.; conversion; breach of fiduciary duty; and breach of contract.

2. In a bald attempt to move the focus of this litigation away from his misconduct,

Seiff asserted a counterclaim (ECF No. 22) against Scientel and its president, Nelson Santos, claiming that Scientel and Santos failed to pay him a bonus to which he was allegedly entitled. Seiff alleged two state-law counts, one under the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, et seq. (Count I) and the other for promissory estoppel (Count II).

3. This Court lacks subject matter jurisdiction over both Counts I and II, because they are not part of the same case or controversy as Scientel's original claims, as required by 28 U.S.C. § 1367(a). Seiff's counterclaims must therefore be dismissed for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

4. Further, each count fails as a matter of law because Seiff's conclusory allegations fall well short of establishing a plausible claim for relief. Accordingly, Counts I and II warrant dismissal with prejudice under Fed. R. Civ. P. 12(b)(6).

**WHEREFORE,** as more fully set out in the accompanying Memorandum of Law, Counter-Defendants Scientel Solutions, LLC and Nelson Santos respectfully request that the Court enter an order dismissing Counts I and II of the Defendant/Counter-Plaintiff's Counterclaim with prejudice.

Dated: March 20, 2017

Respectfully submitted,

SCIENTEL SOLUTIONS, LLC and
NELSON SANTOS

By their attorneys,

 /s/ Edward J. Naughton
Edward J. Naughton
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Phone: 617-856-8567
Fax: 617-856-8201
enaughton@brownrudnick.com

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b) and Northern District of Illinois Local Rule 5.5, counsel for Counter-Defendants Scientel Solutions, LLC and Nelson Santos certifies that on March 20, 2017, a true and correct copy of the foregoing ***Counter-Defendants' Fed. R. Civ. P. 12(b)(1) and 12(b)(6) Motion to Dismiss Counterclaim of Defendant/Counter-Plaintiff*** was electronically filed with the Clerk of Court through the ECF system, and will be sent electronically to all counsel of record as identified on the Notice of Electronic Filing (NEF).

Dated: March 20, 2017

Respectfully submitted,

SCIENTEL SOLUTIONS, LLC and
NELSON SANTOS

By their attorneys,

 /s/ Edward J. Naughton
Edward J. Naughton
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Phone: 617-856-8567
Fax: 617-856-8201
enaughton@brownrudnick.com