**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division**

| | |
|---|---|
| SCIENTEL SOLUTIONS, LLC,<br>        *Plaintiff*,<br><br>v.<br><br>RICHARD SEIFF,<br>        *Defendant*.<br><br>RICHARD SEIFF,<br>        *Counter Plaintiff*,<br><br>v.<br><br>SCIENTEL SOLUTIONS, LLC and<br>NELSON SANTOS,<br>        *Counter Defendants*. | Civil Action No. 1:17-CV-00937<br><br>Judge Joan B. Gottschall |

## NOTICE OF MOTION

TO: Jeffery M. Heftman
    j.heftman@gozdel.com
    Steven H. Leech
    s.leech@gozdel.com
    Gozdecki, Del Giudice, Americus, Farkas & Brocato LLP
    One East Wacker Drive, Suite 1700
    Chicago, IL 60601

      **PLEASE TAKE NOTICE** that on **Friday, March 24, 2017**, at **9:30 a.m.** we shall appear before the Honorable Judge Joan B. Gottschall or any Judge sitting in her stead, at 219 South Dearborn Street, Courtroom 2325, Chicago, IL 60604 and shall then and there present **Counter-Defendants' Fed. R. Civ. P. 12(b)(1) and 12(b)(6) Motion to Dismiss Counterclaim of Defendant/Counter-Plaintiff**, a copy of which is hereby served upon you.

| | |
|---|---|
| Dated: March 20, 2017 | Respectfully submitted, |
| | SCIENTEL SOLUTIONS, LLC and NELSON SANTOS |
| | By their attorneys, |
| | /s/ Edward J. Naughton<br>Edward J. Naughton<br>**BROWN RUDNICK LLP**<br>One Financial Center<br>Boston, MA 02111<br>Phone: 617-856-8567<br>Fax: 617-856-8201<br>enaughton@brownrudnick.com |

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b) and Northern District of Illinois Local Rule 5.5, attorneys for Plaintiff Scientel Solutions, LLC and certifies that a true and correct copy of *Counter-Defendants' Fed. R. Civ. P. 12(b)(1) and 12(b)(6) Motion to Dismiss Counterclaim of Defendant/Counter-Plaintiff*, *Memorandum of Law in Support of Counter-Defendants' Fed. R. Civ. P. 12(b)(1) and 12(b)(6) Motion to Dismiss Counterclaim of Defendant/Counter-Plaintiff*, *Declaration of Nelson Santos*, and an Exhibit 1 to the *Declaration of Nelson Santos* were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Respectfully submitted,

/s/ *Edward J. Naughton*
Edward J. Naughton