# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| SCIENTEL SOLUTIONS, LLC,<br>      *Plaintiff*, | Civil Action No. 1:17-CV-00937 |
| v. | Judge Joan B. Gottschall |
| RICHARD SEIFF,<br>      *Defendant*. | |
| RICHARD SEIFF,<br>      *Counter Plaintiff*, | |
| v. | |
| SCIENTEL SOLUTIONS, LLC and<br>NELSON SANTOS,<br>      *Counter Defendants*. | |

## NOTICE OF MOTION

TO: Jeffery M. Heftman
    j.heftman@gozdel.com
    Steven H. Leech
    s.leech@gozdel.com
    Gozdecki, Del Giudice, Americus, Farkas & Brocato LLP
    One East Wacker Drive, Suite 1700
    Chicago, IL 60601

**PLEASE TAKE NOTICE** that on **Friday, June 16, 2017**, at **9:30 a.m.** we shall appear before the Honorable Judge Joan B. Gottschall or any Judge sitting in her stead, at 219 South Dearborn Street, Courtroom 2325, Chicago, IL 60604 and shall then and there present **Agreed Motion to Approve the Consent Order and Permanent Injunction Against Defendant Richard Seiff**, a copy of which is hereby served upon you.

2

Dated: June 9, 2017		Respectfully submitted,

					SCIENTEL SOLUTIONS, LLC and
					NELSON SANTOS

					By their attorneys,

					 /s/ Edward J. Naughton
					Edward J. Naughton
					**BROWN RUDNICK LLP**
					One Financial Center
					Boston, MA 02111
					Phone: 617-856-8567
					Fax: 617-856-8201
					enaughton@brownrudnick.com

2

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b) and Northern District of Illinois Local Rule 5.5, counsel for Counter-Defendants Scientel Solutions, LLC and Nelson Santos certifies that on June 9, 2017, a true and correct copy of the foregoing *Notice of Motion* was electronically filed with the Clerk of Court through the ECF system, and will be sent electronically to all counsel of record as identified on the Notice of Electronic Filing (NEF).

Dated: June 9, 2017

Respectfully submitted,

SCIENTEL SOLUTIONS, LLC and
NELSON SANTOS

By their attorneys,

 /s/ Edward J. Naughton
Edward J. Naughton
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Phone: 617-856-8567
Fax: 617-856-8201
enaughton@brownrudnick.com