**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Scientel Solutions, LLC

                        Plaintiff,

v.                                           Case No.: 1:17−cv−00937
                                                            Honorable Joan B. Gottschall

Richard Seiff

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 2, 2017:

      MINUTE entry before the Honorable Joan B. Gottschall: The court has approved the parties' consent decree [46], and the parties have stipulated to the dismissal of the defendant's counterclaim [44]. Because all claims have been resolved, the pending motions [23] and [31] are denied as moot, and the clerk is directed to close this case. The court retains jurisdiction to enforce the consent decree [46] consistent with its terms.Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.